UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

KENNETH KROUSE,

    Plaintiff,

v.      Case No. 2:14-cv-02021-KHV-JPO

MARTIN, PRINGLE, OLIVER, WALLACE
& BAUER, L.L.P., *et al*.,

    Defendants.

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff and Defendants, who provide the following notice of settlement. Plaintiff and Defendants have reached a settlement of all claims in this action.

The parties are in the process of exchanging a written settlement agreement and appropriate dismissal papers to be filed in this action. Until the time that such dismissals can be filed, the parties request a stay of all upcoming deadlines and hearings.

Respectfully submitted,

**CONSUMER LAW CENTER OF KANSAS CITY LLC**

*/s/ Larry A. Pittman II*
Larry A. Pittman II  (D.Kan. 78034)
700 E. 8th St., Ste. 300
Kansas City, MO  64106
816-581-3900 / FAX: 816-581-3909 fax
lpittman@clckc.com

and

**HINKLE LAW FIRM LLC**
6800 College Boulevard, Suite 600
Overland Park, Kansas 66211
913-345-9205/ FAX: 913-345-4832

By */S/ Michelle R. Stewart*
Michelle R. Stewart, (Kan. 19260)
ATTORNEY FOR DEFENDANTS